ADDISON DAVIDSON, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. MICHAEL FORNICOLA, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 38 *N. J. Super.* 365.

*Messrs. Durand, Ivins & Carton* for the petitioners.

*Messrs. Parsons, Labrecque, Canzona & Combs* for the respondent.

February 6, 1956.   Denied.